NOTICE TO COUNSEL:

   To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

       v.

Case No. _____

_____

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST

I, the undersigned counsel of record for _____, make the following disclosure:

1.  Is said party a subsidiary or affiliate of a publicly owned corporation?

     YES    NO

     If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

     _____

2.  Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

     YES    NO

     If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

     _____

_____   _____

Signature of Counsel               Date

4/19/11