NITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION FOUNDATION,

    Plaintiff,

v.

BOOKPACK, INC.,
(d/b/a ULYSSES PRESS), and
JONATHAN C. CRISWELL,

    Defendants.

Case No. 11-CV-634

Jury Trial Demanded

---

## NOTICE OF DISMISSAL

---

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff, Freedom From Religion Foundation ("FFRF"), hereby dismisses its complaint against defendants Bookpack, Inc. (d/b/a Ulysses Press), and Jonathan C. Criswell.

Plaintiff dismisses the claims in this action against Bookpack, Inc. (d/b/a Ulysses Press) with prejudice. Plaintiff's dismissal with respect to Jonathan C. Criswell is without prejudice.

Dated November 28, 2011.

    */s/ James D. Peterson*
James D. Peterson
State Bar No. 1022819
Bryan J. Cahill
State Bar No. 1055439
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Phone: 608-257-3911
Fax: 608-257-0609
Email: jpeterson@gklaw.com
       bcahill@gklaw.com

*Attorneys for plaintiff, Freedom From Religion Foundation.*

7156190_1